# Third District Court of Appeal

## State of Florida

Opinion filed April 5, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D22-1558, 3D22-1770
Lower Tribunal No. 18-23821

_____

**Daphne Campbell,**
Appellant,

vs.

**Nacivre Charles,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Metschlaw, P.A., and Lawrence R. Metsch (Hollywood), for appellant.

Wasson & Associates, Chartered, and Annabel C. Majewski; Jeffrey S. Greenhaus, P.A., and Jeffrey S. Greenhaus, for appellee.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed. See Progressive Cas. Ins. Co. v. Radiology & Imaging Ctr. of S. Fla., Inc., 761 So. 2d 399, 400 (Fla. 3d DCA 2000) ("If an Offer of

Judgment is made at a point in time in which it appears, from the facts of the individual case, that the Offer of Judgment is not directed to the current trial period, but, rather, is intended for the next, as yet, unscheduled trial period, then in that situation, and in that situation only, the Offer of Judgment is not a nullity and is considered timely.").